mojia

AO 442 (Rev. 11/11) Arrest Warrant

1140115

## UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**

December 16, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **JF** _____

DEPITY

United States of America

v.

KERY LEE CLINTON, JR.

)
)
)
)
)
)

Case No.   DR-22-CR-0778 (02) AM

**Austin case 1:22-MJ-1006-DH**

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   KERY LEE CLINTON, JR.                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment       ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ☑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

  PLEASE SEE ATTACHMENT

U.S. MARSHALS W/TX
RECEIVED

NOV 1 5 2022

DEL RIO, TX

_Issuing officer's signature_

Date:    11/14/2022

I.Coronado, Operations Clerk

_Printed name and title_

City and state:   Del Rio, Texas

U.S. Magistrate Judge Victor R. Garcia

Bail fixed at $:   DETAINED

_Judicial Officer's Name_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____          _Arresting officer's signature_ |
|          _Printed name and title_ |

Del Rio Arrest Warrant Rev. 1/22

PS 8
(Rev. 12/04)

FILED

# UNITED STATES DISTRICT COURT

2022 NOV 14  AM 9:49

for

Western District Of Texas

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____

U.S.A. vs. Kery Lee Clinton Jr

Docket No.

[0542 2:22CR00778]-[002]

Austin case 1:22-MJ-1006-DH

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Carla Reyna _____, pretrial services/probation officer, presenting an

official report upon the conduct of defendant      Kery Lee Clinton Jr _____ ,

who was placed under pretrial release supervision by the  Honorable Victor Roberto Garcia _____ ,

sitting in the court at  Del Rio, Texas _____   on the 13th   date of  April ___ , 2022

under the following conditions:

(7)(h): Refrain from the use of or any unlawful possession of a narcotic drug and other controlled substances
defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 26, 2022, the defendant provide a urinalysis sample for drug testing to U.S. Pretrial Services in Austin,
Texas, which tested positive for Amphetamines. On October 28, 2022, Alere Toxicology Services confirmed the
urinalysis sample positive for Methamphetamine. The defendant denies the use of any illegal drugs while on Pretrial
release. Assistant U.S. Attorney Brett Miner is in agreement with this petition.

PRAYING THAT THE COURT WILL ORDER: that a warrant for the arrest of the defendant be issued and that he be
brought before the court to explain why his bond should not be revoked.

A true copy of the original, I certify.
Clerk, U.S. District Court

By:_____
Deputy Clerk

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on   11/14/2022 _____

### ORDER OF COURT

Considered and ordered this  14th ___   day of

November ___ , 2022    and ordered filed

and made a part of the records in the above case.

Honorable Victor Roberto Garcia

_____
U.S. District Judge/Magistrate Judge

_Carla Reyna_

_____
U.S. Pretrial Services/Probation Officer

Place   United States Courthouse
          111 E. Broadway
          Del Rio, Texas 78840